UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UPSERVE, INC. | : |
|     Plaintiff, | : |
| v. | : C.A. No.: 1:19-cv-00593 |
| DAVID HOFFMAN | : |
|     Defendant | : |

**SUPPLEMENTAL AFFIDAVIT OF DAVID L. HOFFMAN**

I, David L. Hoffman, being under oath, hereby depose and say as follows:

1. I am over the age of eighteen (18). I am the named defendant in this action. I am currently employed by Defendant Shift4 Payments, LLC ("Shift4") as Chief Product Officer. In that capacity, I am familiar with the nature and range of Shift4's customers and the nature of products and services sole to those customers. I am providing this affidavit in support of my opposition to the motion or preliminary injunction filed by Plaintiff Upserve, Inc. ("Upserve").

2. The "Customer Profile" attached hereto and incorporated herein accurately depicts the current mix of customers at Shift4, as well as the revenue received from those customers. This document was created based upon actual data generated from sales by Shift4 and is a true and accurate representation of Shift4's current customers and revenue sources.

                                                                       /s/ David L. Hoffman
                                                                       David L. Hoffman

SUBSCRIBED AND SWORN before me this 13 day of March, 2020.

                                                                        _____
                                                                       Notary Public
                                                                       My Commission Expires: _____

82586643v.1