# Top 10 Clients by Revenue

| # | Business Type |
|---|---|
| 1 | Public Speaking / Events |
| 2 | Education / Testing Services |
| 3 | Moving / Logistics |
| 4 | Hardware / Industrial Supplies |
| 5 | Resort / Hotel |
| 6 | Education / Testing Services |
| 7 | Resort / Hotel |
| 8 | Medical / Healthcare Products |
| 9 | Resort / Hotel |
| 10 | Restaurant |

# Indicative Customers







































# Relative Mix of Customers



- 94% All other volume
- 6% Shift4 Restaurant POS volume

*Based upon percentage of customer sales revenue generated