# United States Court of Appeals
## For the First Circuit

No. 20-1548

UPSERVE, INC.

Plaintiff - Appellee

v.

DAVID HOFFMAN

Defendant - Appellant

SHIFT4 PAYMENTS, LLC

Defendant

---

**JUDGMENT**

Entered: August 5, 2020
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

    Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Andrew B. Prescott
Neal J. McNamara
Aaron F. Nadich
Mark Walker Freel
Krystle Guillory Tadesse